No. 75–6684. TEWKSBURY *v.* CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▉

No. 75–6694. STRICKLAND ET AL. *v.* TENNESSEE. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ▉

No. 75–6901. SWIGERT ET AL. *v.* MILLER ET AL. Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–6. GENERES *v.* STICH ET AL. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–5183. HOUSE *v.* WELSH. Appeal from Ct. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1670. LEVY ET AL. *v.* CITY OF NEW YORK ET AL. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument. ▉

No. 75–1807. STUART MCGUIRE CO., INC. *v.* FORST, TAX COMMISSIONER, ET AL. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question. MR. JUSTICE STEWART would note probable jurisdiction and set case for oral argument.